```
SHELIA COURTNEY SPENCER     GENESIS FS                    REGIONAL FINANCE
P.O. BOX 203                ATTN: BANKRUPTCY              979 BATESVILLE RD
MONTICELLO, MS 39654        PO BOX 4477                   GREER, SC 29651
                            BEAVERTON, OR 97076

THOMAS C. ROLLINS, JR.      IMAGINE CREDIT                US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY              US DEPT OF JUSTICE
P.O. BOX 13767              PO BOX 105824                 950 PENNSYLVANIA AVENW
JACKSON, MS 39236           ATLANTA, GA 30348             WASHINGTON, DC 20530-0001

21ST MORTGAGE CORP          INDIGO                        US DEPT OF EDUCATION
ATTN: BANKRUPTCY            P.O. BOX 205458               PO BOX 5609
620 MARKET STREET           DALLAS, TX 75320              WILKES BARRE, PA 18773
KNOXVILLE, TN 37902

AFFIRM, INC.                INTERNAL REVENUE SERVI        US DEPT OF EDUCATION
ATTN: BANKRUPTCY            CENTRALIZED INSOLVENCY        C/O U.S. ATTORNEY
650 CALIFORNIA ST           P.O. BOX 7346                 501 E. COURT ST
FL 12                       PHILADELPHIA, PA 19101-7346   STE 4.430
SAN FRANCISCO, CA 94108                                   JACKSON, MS 39201

ASPIRE CREDIT CARD          INTERNAL REVENUE SERVI        WEBBANK/ONEMAIN/FIS
ATTN: BANKRUPTCY            C/O US ATTORNEY               PO BOX 3316
PO BOX 105555               501 EAST COURT ST             EVANSVILLE, IN 47732
ATLANTA, GA 30348           STE 4.430
                            JACKSON, MS 39201

CAPITAL BANK N.A.           KINGS DAUGHTERS MEDICA
2275 RESEARCH BLVD          427 US-51
STE 600                     BROOKHAVEN, MS 39601
ROCKVILLE, MD 20850

COMMUNITY CHOICE            LENDLY LLC
510 W MARION AVE            ATTN: BANKRUPTCY
CRYSTAL SPRIN, MS 39059     105 SUGAR CAMP CIRCLE
                            DAYTON, OH 45409

CREDIT ONE BANK             LVNV FUNDING LLC
ATTN: BANKRUPTCY            RESURGENT
6801 CIMARRON RD            PO BOX 1269
LAS VEGAS, NV 89113         GREENVILLE, SC 29602

DIXON BODY & AUTO SALE      MILESTONE
PO BOX 1451                 P.O. BOX 4499
HAZLEHURST, MS 39083        BEAVERTON, OR 97076
```