UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  SHELIA COURTNEY SPENCER                           Chapter 13
                                                         Case No:26-50106 KMS

---

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

---

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code in that **1:  the plan is overfunded so that funds remaining should be the allowed treatment for unsecured creditors; 2:  the plan and schedules list Dixon Body and Auto as the lien holder on a 2017 Nissan Maxima; however, a POC appears to have been filed by Community Choice, clarification is requested; 3:  the POC filed by Community Choice appears the 2017 Maxima should be in cram-down section of plan rather than the current pay in full section.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2.  The Trustee hereby objects to any amended plan filed hereafter.

26-50106 KMS       OBJECTION TO CONFIRMATION OF       Page 2 of 2
INITIAL PLAN

3.  That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  3/17/2026

/s/  Brian Wilson
_____
Brian Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS  39403
(601) 582-5011

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi  39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this 17th of March, 2026.

/s/  Brian Wilson
_____
Brian Wilson