# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50106          **Case Name:**  Shelia Courtney Spencer

**Set:**  04/07/2026 01:30 pm   **Chapter:**  13   **Type:**  bk     **Judge**   Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - AGREED ORDER ENTERED 3/26/26

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) An Agreed Order has been submitted on the Trustee's Objection (Dkt. #16). Confirmation hearing removed. (mcc)