

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SHELIA COURTNEY SPENCER, DEBTOR(S)

                                      CHAPTER 13 BANKRUPTCY
                                      CASE NO.:  26-50106 -KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### <u>OBJECTION TO CONFIRMATION</u>

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 16).

The Modified Chapter 13 Plan (Docket No. 17) filed on 3-17-2026, is annotated to pay the 2017 Nissan Maxima financed with Community Choice in 3.2 of Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
 Attorney For the Debtor(s)

Submitted and Approved By:

/s/ Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS  39403
(601) 582-5011 Miss.
Bar No. 99994
bwilson@rawlings13.net