United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 26-50106-KMS

Shelia Courtney Spencer                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                  Page 1 of 1

Date Rcvd: Mar 26, 2026                     Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID               Recipient Name and Address**
db                  +    Shelia Courtney Spencer, P.O. Box 203, Monticello, MS 39654-0203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

**Name                    Email Address**

Brian Christopher Wilson
                        on behalf of Trustee David Rawlings bwilson@rawlings13.net

David Rawlings
                        ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                        on behalf of Debtor Shelia Courtney Spencer trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:  SHELIA COURTNEY SPENCER, DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO.:  26-50106 -KMS

DAVID RAWLINGS, TRUSTEE


**ORDER ON TRUSTEE'S**
**OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 16).

The Modified Chapter 13 Plan (Docket No. 17) filed on 3-17-2026, is annotated to pay the 2017 Nissan Maxima financed with Community Choice in 3.2 of Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

−1−

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
 Attorney For the Debtor(s)

Submitted and Approved By:

/s/ Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS  39403
(601) 582-5011 Miss.
Bar No. 99994
bwilson@rawlings13.net