United States Bankruptcy Court

Southern District of Mississippi

In re:

Shelia Courtney Spencer

    Debtor

Case No. 26-50106-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Apr 22, 2026

User: mssbad

Form ID: n031

Page 1 of 3

Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelia Courtney Spencer, P.O. Box 203, Monticello, MS 39654-0203 |
| 5615418 | + | Community Choice, 510 W Marion Ave, Crystal Sprin, MS 39059-2747 |
| 5615420 | + | Dixon Body & Auto Sale, PO Box 1451, Hazlehurst, MS 39083-1451 |
| 5615426 | | Kings Daughters Medica, 427 US-51, Brookhaven, MS 39601 |
| 5615432 | | US Dept of Education, PO Box 5609, Wilkes Barre, PA 18773 |
| 5615434 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615414 | | Email/Text: ebn@21stmortgage.com | Apr 22 2026 19:55:00 | 21st Mortgage Corp, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5615415 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 22 2026 20:00:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5615416 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 22 2026 19:54:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5624370 | + | Email/Text: bkinfo@ccfi.com | Apr 22 2026 19:55:00 | CCF of Mississippi, LLC, 2312 E Trinity Mills Road, Ste 100, Carrollton, TX 75006-1955 |
| 5615417 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2026 20:00:54 | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5615419 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2026 20:00:54 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5615421 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 22 2026 19:55:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5615422 | + | Email/Text: bankruptcy@webbank.com | Apr 22 2026 19:54:00 | Imagine Credit, Attn: Bankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5615423 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 22 2026 19:55:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5615425 | + | Email/Text: ebone.woods@usdoj.gov | Apr 22 2026 19:55:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5615424 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2026 19:55:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5615428 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2026 20:00:54 | LVNV Funding LLC, Resurgent, Po Box 1269, Greenville, SC 29602-1269 |
| 5615429 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 22 2026 19:55:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5618422 | + | Email/PDF: cbp@omf.com | Apr 22 2026 19:50:39 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 22, 2026 | Form ID: n031 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 5625180 | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2026 19:55:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5616013 | + Email/Text: bankruptcy@regionalmanagement.com | Apr 22 2026 19:54:00 | REGIONAL MANAGMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5615430 | + Email/Text: bankruptcy@regionalmanagement.com | Apr 22 2026 19:54:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5622366 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2026 20:00:57 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5647556 | Email/Text: bankruptcy@tfifinance.com | Apr 22 2026 19:55:00 | TFI Group LLC, P.O Box 1168, Hamburg, NY 14075 |
| 5615427 | Email/Text: BankruptcyNotices@schear.net | Apr 22 2026 19:55:00 | Lendly LLC, Attn: Bankruptcy, 105 Sugar Camp Circle, Dayton, OH 45409 |
| 5615431 | ^ MEBN | Apr 22 2026 19:49:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5615433 | + Email/Text: ebone.woods@usdoj.gov | Apr 22 2026 19:55:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5640325 | + Email/PDF: ebn_ais@aisinfo.com | Apr 22 2026 20:00:56 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5635527 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 22 2026 19:54:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6                    User: mssbad                         Page 3 of 3
Date Rcvd: Apr 22, 2026                 Form ID: n031                        Total Noticed: 30

on behalf of Debtor Shelia Courtney Spencer trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50106−KMS
**Chapter:** 13

**In re:**

Shelia Courtney Spencer
aka Shelia Melissa Spencer
P.O. Box 203
Monticello, MS 39654

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 22, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 22, 2026

Danny L. Miller, Clerk of Court